# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>IN RE OBERLANDER | **DISTRICT**<br>EDNY | **DOCKET NUMBER**<br>16-MC-2637 |
| | **JUDGE**<br>DONNELLY | **APPELLANT**<br>FREDERICK M. OBERLANDER |
| | **COURT REPORTER**<br>UNKNOWN | **COUNSEL FOR APPELLANT**<br>PRO SE |

**Check the applicable provision:**

☑ I am ordering a transcript.

☐ I am not ordering a transcript

**Reason for not ordering a transcript:**

☐ Copy is already available

☐ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

IT IS NOT KNOWN WHETHER ANY PROCEEDINGS OF THE COMMITTEE TOOK PLACE THAT WERE TRANSCRIBED IF THERE WERE TRANSCRIPT WILL BE ORDERED. INQUIRY IS BEING MADE.

**METHOD OF PAYMENT** ☐ Funds    ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE)

FREDERICK M. OBERLANDER
THE LAW OFFICE OF FREDERICK M. OBERLANDER
43 WEST 43RD STREET
SUITE 133
NEW YORK, NY 10036
TEL. 212.825.0357
FAX 212.202.7624
EMAIL FRED55@AOL.COM

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* **FRAP 10(b).** I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE | DATE |
|---|---|
| /S/ FREDERICK M. OBERLANDER | PLEASE SEE ABOVE TRANSCRIPT STATUS NOT KNOWN |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| **SIGNATURE OF COURT REPORTED** | | **DATE** |