# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of May, two thousand twenty-five,

Before:    Maria Araújo Kahn,
              *Circuit Judge.*

| | |
|---|---|
| Grievance Committee of the Eastern District of New York, | **ORDER** |
| Petitioner - Appellee, | Docket No. 18-2782 |
| v. | |
| Richard E. Lerner, | |
| Respondent - Appellant. | |

Grievance Committee of the Eastern District of New York,

    Petitioner - Appellee,        Docket No. 24-2974

  v.

Frederick Martin Oberlander,

    Respondent - Appellant.

Appellants move for the recusal of Second Circuit judges from hearing these appeals and for transfer of the appeals to another circuit court. They also request the Court stay all deadlines in these appeals pending decision on their motion for recusal. Appellant Richard Lerner seeks leave to file an oversized opening brief of 39,321 words.

IT IS HEREBY ORDERED that the motion for recusal is REFERRED to the panel that will hear the merits of the appeals. The request to stay all deadlines is DENIED. Appellant Lerner's request to file an oversized brief of 39,321 words is GRANTED.

                                    For the Court:
                                    Catherine O'Hagan Wolfe,
                                    Clerk of Court

