

**Kevin P. Mulry**
Partner

Direct Dial: 516.227.0620
Direct Fax: 516.336.2262
kmulry@farrellfritz.com

400 RXR Plaza
Uniondale, NY 11556
www.farrellfritz.com

Our File No.
35562-611

May 30, 2025

<u>**By ECF**</u>
Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
  for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    <u>*Grievance Committee v. Lerner,* **No. 18-2782**</u>
             <u>*Grievance Committee v. Oberlander*, **No. 24-2974**</u>

Dear Ms. Wolfe:

This firm represents Petitioner-Appellee Grievance Committee of the Eastern District of New York (the "Grievance Committee" or "Appellee") in the above-captioned appeals. The Court today granted the motion of Appellant Richard Lerner to file an oversized brief of 39,321 words (Dkt. Entry 40). Pursuant to Local Rule 31.2(a)(1)(B), the Grievance Committee respectfully requests that its appellate brief with respect to Mr. Lerner's brief be due in 91 days, on Friday, August 29, 2025.

                          Respectfully submitted,

                          *s/ Kevin P. Mulry*

                          Kevin P. Mulry

cc:    All counsel/parties (By ECF)

FF\15617973.1

ALBANY  |  HAUPPAUGE  |  NEW YORK  |  WATER MILL