To the Honorale Court:

If you please forgive the informality, the Grievance Committee, Appellee, has consented this afternoon to a 48 hour enlargement of time to file the brief in this and the related matter of In re Lerner. As Mr. Lerner is in a deposition and so unavailable, I take the liberty of filing this as a courtesy notice; we will, of course, follow up with a formal motion and motion cover sheet, each of us, asking the Court's leave.

Thank you,

/s/ Frederick M. Oberalnder