UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** _____  **Caption [use short title]**

**Motion for:** CONSENT MOTION enlarge time to file appellant brief.

IN RE OBERLANDER

Set forth below precise, complete statement of relief sought:

Enlarge time to file the appellant's brief in synchrony
and coterminous with enlargement given to Richard E. Lerner
on linked tandem appeal 18-2782

**MOVING PARTY:** Frederick M. Oberlander  **OPPOSING PARTY:** unopposed

☐ Plaintiff   ☐ Defendant
■ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Frederick M. Oberalnder (pro se)  **OPPOSING ATTORNEY:** Kevin P. Mulry

[name of attorney, with firm, address, phone number and e-mail]

The Law Office of Frederick M. Oberalnder, PC    Farrell Fritz
43 W 43rd Street, Suite 133, NY, NY 10036    400 RXR Plaza, Uniondale, NY 11856
fred55@aol.com  (P) 646-901-1574  (F) 212-202-7624    (516) 227-0620

Court- Judge/ Agency appealed from: ANN M. DONNELLY

**Please check appropriate boxes:**  **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):    Has this request for relief been made below?  ☐ Yes ☐ No
■ Yes  ☐ No (explain): _____    Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
■ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ✓ No  ☐ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ■ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ■ No  If yes, enter date: _____

**Signature of Moving Attorney:**
484ca7d8-798f-4e11-bb6b-e3174dcde348  Digitally signed by 484ca7d8-798f-4e11-bb6b-e3174dcde348  Date: 2025.02.26 10:25:31 -05'00'  **Date:** 06/16/2025  **Service:** ■ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

To the Honorable Court:

If you please forgive the informality, the Grievance Committee, Appellee, as previously docketed as a stipulation simply for courtesy notice, has consented to a 48 hour enlargement of time to file the brief in this and the related matter of *In re Lerner* on condition that briefs by both parties whether single of joint shall be no more than 39000 words, which was previously approved on Lerner's docket.

Accordingly, the undersigned respectfully requests that the time to file be extended for 48 hours to run through June 18, 2025.

**PLEASE NOTE THIS MOTION WAS DOCKTED AS A STIP ON FRIDAY WHEN THE COMMITTEE AGREED TO EXTEND AND SO THE COURT WAS IMMEDIATELY NOTIFIED. IT WAS DEFAULTED OUT AND ASKED TO BE RESUBMITTED AS A MOTION YESTERDAY THE 16TH WHICH IT WAS. THE T-1080 WAS ACCIDNETLLY OMITTED AND A DEFECTIVE NOTICE SENT AND I TWICE REPEAT TWICE ACTTEMPTED TO FIX THIS AND EACH TIME ACMS2 INPUT STALLED ON THE UPLOAD. THE PROGRESS BAR JUST CREPT ALONG AT ABOUT 10% PER HOUR AND NOTHING HAPPENED. SO I AM TRYING AGAIN NOW IF THE SAME THING HAPPENS ILL HAVE TO DO THIS ANOTHER WAY. FOR THE RECORD I HAVE BEEN A COMPUTER SCIENTIST FOR 50 YEARS IT IS NOT MY ERROR AND IM SURE THE ACMS LOGS WILL SHOW MY ATTEMPT AND HOW LONG I WAS LOGGED IN WAITING SO YOU MAY PULL THEM OF COURSE. IT SHOULD SHOW THE LOGINS AT ABT 3PM AND THEN ABT 9PM AND THE LONG TIME THE CONNECTION WAS HUNG. I APOLOGIZE FOR THE INCONVENIENCE.**

**HOWEVER GIVEN THE APPARENLTY AUTOMATIC NOTICE OF DEFAULT DO I NOW NEED A MOTION TO VACATE THAT BECAUE AN ENTIRE MOTION TO REINSTATE WOULD SEEM A GREAT MORE WORK THAN COULD BE ACCOMPLISHED BY AN ADMINSTIRATIVE VACATUR.**

Thank you,

/s/ Frederick M. Oberalnder