UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** _____  **Caption [use short title]**

**Motion for:** CONSENT MOTION enlarge time to file appellant brief.

IN RE OBERLANDER

Set forth below precise, complete statement of relief sought:

Enlarge time to file the appellant's brief in synchrony
and coterminous with enlargement given to Richard E. Lerner
on linked tandem appeal 18-2782

**MOVING PARTY:** Frederick M. Oberlander                **OPPOSING PARTY:** unopposed

☐ Plaintiff    ☐ Defendant
☑ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Frederick M. Oberalnder (pro se)    **OPPOSING ATTORNEY:** Kevin P. Mulry

[name of attorney, with firm, address, phone number and e-mail]

The Law Office of Frederick M. Oberalnder, PC    Farrell Fritz
43 W 43rd Street, Suite 133, NY, NY 10036    400 RXR Plaza, Uniondale, NY 11856
fred55@aol.com  (P) 646-901-1574  (F) 212-202-7624    (516) 227-0620

Court- Judge/ Agency appealed from: ANN M. DONNELLY

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☑ No If yes, enter date: _____

**Signature of Moving Attorney:**
484ca7d8-798f-4e11-bb6b-e3174dcde348  Digitally signed by 484ca7d8-798f-4e11-bb6b-e3174dcde348  Date: 2025.02.26 10:25:31 -05'00'

**Date:** 06/16/2025    Service : ☑ Electronic  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

To the Honorable Court:

If you please forgive the informality, the Grievance Committee, Appellee, as previously docketed as a stipulation simply for courtesy notice, has consented to a 48 hour enlargement of time to file the brief in this and the related matter of *In re Lerner* on condition that briefs by both parties whether single of joint shall be no more than 39000 words, as previously approved on Lerner's docket. Accordingly, the undersigned respectfully asks the time to file be extended for 48 hours to run through June 18, 2025.

**NOTICE OF THIS MOTION WAS DOCKETED AS A STIP ON FRIDAY WHEN THE COMMITTEE AGREED TO EXTEND AND SO THE COURT WAS IMMEDIATELY NOTIFIED. IT WAS DEFECTED OUT AND ASKED TO BE RESUBMITTED AS A MOTION ON THE 16TH WHICH IT WAS. THE T 10 0 WAS ACCIDNTALLY OMITTED AND A DEFECTIVE NOTICE SENT AND I TWICE REPEAT TWICE ACTTEMPTED TO FIX THIS AND EACH TIME ACMS INPUT STALLED ON THE UPLOAD. THE PROGRESS BAR JUST CREPT ALONG AT ABOUT 10 PER HOUR AND NOTHING HAPPENED. SO I AM TRYING AGAIN NOW IF THE SAME THING HAPPENS ILL HAVE TO DO THIS ANOTHER WAY. FOR THE RECORD I HAVE BEEN A COMPUTER SCIENTIST FOR 0 YEARS IT IS NOT MY ERROR AND IM SURE THE ACMS LOGS WILL SHOW MY ATTEMPT AND HOW LONG I WAS LOGGED IN WAITING SO YOU MAY PULL THEM OF COURSE. IT SHOULD SHOW THE LOGINS AT ABT PM AND THEN ABT PM AND THE LONG TIME THE CONNECTION WAS HUNG. I APOLOGI E FOR THE INCONVENIENCE. HOWEVER GIVEN THE APPARENLTY AUTOMATIC NOTICE OF DEFAULT DO I NOW NEED A MOTION TO VACATE THAT BECAUE AN ENTIRE MOTION TO REINSTATE WOULD SEEM A GREAT MORE WORK THAN COULD BE ACCOMPLISHED BY AN ADMINSTIRATIVE VACATUR.**

**UPDATED A CONSENT MOTION WAS TIMELY NOTICED ON JUN 1 AND THEN FILED ON JUNE 16. THE DEFECTIVE FILING NOTICES MAKE CLEAR THAT FILING A CORRECTED VERISON BY THE 1 TH WILL MAKE THE MOTION DEEMED TIMELY FILED. PLEASE DO WAHT YOU NEED TO SO THAT THE RECORD REFLECTS A COMPLETE AND TIMELY MOTION WAS FILED ON JUNE 16 010. THAT IS YOUR OWN RULING. I RESPECTFULY REMIND YOU THAT MR LERNERS DEALINE WAS JUNE 16 AS WELL YOKED TO MINE HE HAS THE SAME DEALDINE AND THE SAME LINKED BRIEFING DEADLILNE AND THE SAME MOTION FILING DATE OF YESTERDAY BT IS NOT DEFAULTED. SO IT IS IMPERATIVE YOU MAKE THE RECORD REFLECT THERE IS OR WAS A MOTION TIMELY FILED BEFORE DISMISSAL OR THE RECORD WILL BE INACCURATE. THIS IS AN ADMINTISTRATIVE IMPOSSIBILTY THAT WE ARE IDENTICALLY SiTUATED FILING THE SAME MOTION AT THE SAME DAY. THAT IS WHY YOU MUST RESPECTFULLY KEEP THAT DOCKET RECORD ACCURATE THAT THE MOTION WAS ITMELY FILED ON BOTH SIDES. HIS MOTION IS ALSO ATTACHED HERE AFTER MY STATEMENT AND MAKES THIS COMPETLEY CLEAR.**

**KINDLY STOP REJECTING THIS AS WRONG EVENT IT IS THE CORRECT EVENT TO FIX PRIOR PAPER. IF AMCS CANT THERE IS A PROBELM.**

Thank you,

/s/ Frederick M. Oberalnder

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 18-2782

Caption [use short title]

Motion for: Two-day extension of time to file joint brief

In Re Lerner

Set forth below precise, complete statement of relief sought:

Co-Appellant Frederick M. Oberlander has requested the consent of the appellee, the EDNY Grievance Committee, for a two-day extension of time to file a joint appeal brief. Counsel for the Committee Kevin Mulry has consented. I request that my time be extended by two days. Mr. Mulry consents.

MOVING PARTY: Richard Lerner
OPPOSING PARTY: EDNY Grievance Committee (no opposition)

☐ Plaintiff  ☐ Defendant
■ Appellant/Petitioner  ☐ Appellee/Respondent

MOVING ATTORNEY: Richard E. Lerner
OPPOSING ATTORNEY: Kevin Mulry

[name of attorney, with firm, address, phone number and e-mail]

69-46 Harrow St., Forest Hills, NY 11375
Farrell Fritz, PC 400 RXR Plaza, Uniondale, New York 11556-3826
917-584-4864 richard@mazzolalindstrom.com
516-227-0620 Kmulry@farrellfritz.com

Court- Judge/ Agency appealed from: EDNY -- Ann M. Donnelly USDJ

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
■ Yes  ☐ No (explain):

Opposing counsel's position on motion:
■ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ■ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  ☐ Yes  ■ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ■ No  If yes, enter date:

Signature of Moving Attorney:
[signature]  Date: 6/16/2025  Service: ■ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

United States Court of Appeals
Second Circuit
-------------------------------------------------x   Docket No. 18-2782
In re Richard E. Lerner
-------------------------------------------------x
Grievance Committee of the Eastern
District of New York,

                Petitioner-Appellee,

    -against-

Richard E. Lerner,

               Respondent-Appellant.
-------------------------------------------------x

## Declaration of Richard E. Lerner in Support of On-Consent Motion for Enlargement of Time to Perfect Appeal

    I, Richard E. Lerner, appearing pro se in this matter, state under penalty of perjury, pursuant to 28 U.S.C. 1746 as follows:

    1.    I am the respondent-appellant in this matter, which arises from a grievance charge against me, involving my representation of co-appellant attorney Frederick M. Oberlander. Mr. Oberlander's docket number is 24-2974.

    2.    On May 5, 2025, I filed my appeal brief, albeit oversized, and was subsequently granted leave to file the oversized brief. Based upon a separate order directing co-appellant Frederick Oberlander to file his brief by today, I requested that my time to re-submit my brief with the table of contents and table of authorities be due today. That application was granted this morning.

1

3.  However, on Friday, Mr. Oberlander inquired of counsel for the appellee Grievance Committee for the EDNY whether he would consent to a two-day extension of time to file a joint brief. Counsel for the Committee Kevin Mulry very graciously consented to Mr. Oberlander's request, provided that it be a joint brief for both me and Mr. Oberlander. (See attached email exchange). Mr. Oberlander is revising the brief that I had prepared to make it a joint submission, and has represented to Mr. Mulry that it will be markedly reduced in size from the prior version.

4.  This morning, the Court issued an order directing that I file my brief today, with the tables. I respectfully request that the time be enlarged by two-days, as Mr. Oberlander is continuing to revise the brief, so that it may be made a joint submission, reduced in size, as noted in the email exchange.

WHEREFORE, I respectfully request that this Court grant a two-day extension of time within which to file the joint brief, with tables, to Wednesday, June 18, 2025.

Dated: Queens, New York
      June 16, 2025

_____
Richard E. Lerner
69-46 Harrow St.
Forest Hills, New York 11375
917-584-4864
richardlerner@msn.com
richard@mazzolalindstrom.com

2

| | |
|---|---|
| **From:** | Mulry, Kevin P. |
| **To:** | Frederick M. Oberlander |
| **Cc:** | Richard Lerner |
| **Subject:** | RE: oberlander/lerner filing |
| **Date:** | Friday, June 13, 2025 2:46:59 PM |

Mr. Oberlander –

If both you and Mr. Lerner are filing one joint brief in both cases that is within the page limits approved by the Court with respect to Mr. Lerner's brief, the Committee consents to a two day extension for the filing of the brief in each appeal. I have included Mr. Lerner as I assume an application would have to be made in both cases.

Best,
Kevin


**Kevin P. Mulry** | **Partner** | **FARRELL FRITZ, P.C.**
400 RXR Plaza | Uniondale, New York 11556-3826
Office: 516.227.0620 | Fax: 516.336.2262 | **kmulry@farrellfritz.com**| |**www.farrellfritz.com**|

**Please consider the environment before printing this E-mail.**
**PLEASE TAKE NOTICE:** The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from your computer.

**From:** Frederick M. Oberlander <fred55@aol.com>
**Sent:** Friday, June 13, 2025 2:42 PM
**To:** Mulry, Kevin P. <kmulry@FarrellFritz.com>
**Subject:** oberlander/lerner filing

[**Warning**: External Email]


we should be able to file one brief and mirabile dictu within lerners 39,000 word limit and not even using my 13,000

i have lost the day with a veyr erious online failure very easily documented and so between that and the extra work to compress and consoldiate and so prof tarkington doesn't go nuts reviewing before filing, shes been our expert thru all of this

may i tell the court u dont object to a 48hr hold or whatever so it can be filed on wednesday. it will be appreciated.

thank you