**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: June 20, 2025  
Docket #: 24-2974  
Short Title: In Re: Oberlander  

DC Docket #: 1:16-mc-2637  
DC Court: EDNY (BROOKLYN)  
DC Judge: Trial Judge - Ann M. Donnelly  

# NOTICE OF DEFECTIVE FILING

On June 18, 2025 the Motion for extension of time, on behalf of the Appellant Frederick Martin Oberlander, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
    _____ Missing proof of service
    _____ Served to an incorrect address
    _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here
    for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
    _____ Incorrect caption *(FRAP 32)*
    _____ Wrong color cover *(FRAP 32)*
    _____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
\_xx\_\_\_ Incorrect Filing Event

_xx___  Other: the submission of a motion to reinstate the appeal, brief and appendix, would be the next course of action.

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than 06/24/2025. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8522.

**with all respect:**

**im about to upload such a motion. however. as a matter of abosulte right i must demand that you correct the docet entry for the original motion to enlarge timely filed (in the sense that it was timely filed before expiration of the then-exsting June 16 expiration of time to file),**

**would you kindly stop rejecting my corrections. i dont know if its you or a motions clerk or an ACMS clerk or the system itself doing this but i msut insit on an accurate docket record reflectng that i did timely cure nunc pro tunc AS OF RIGHT.**

**in sum that motion to enrlage was as amtter of law filed on June 16 before the expiration of time.**