UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
-----------------------------------------------------------------x
Grievance Committee of the Eastern District
of New York, petitioner-appellee,                                    Docket No. 18-2782

    -against-

Richard E. Lerner, respondent-appellant.
-----------------------------------------------------------------x
-----------------------------------------------------------------x
Grievance Committee of the Eastern District
of New York, petitioner-appellee,                                    Docket No. 24-2974

    -against-

Frederick Martin Oberlander, respondent-appellant.
-----------------------------------------------------------------x

**Stipulation Pursuant to FRAP 30(c) and Local
Rule 30.1 Deferring Filing of Appendix**

Upon consent of the undersigned, and pursuant to FRAP 30(c) and Local Rule 30.1, filing of the appendix in the above-captioned appeals, is deferred for two weeks from the date that the appeal brief is deemed accepted for filing by the court.

Dated: May 3, 2025

_____
Richard E. Lerner
Pro se respondent-appellant
69-46 Harrow Street
Forest Hills, New York 11375
917-584-4864

FARRELL FRITZ, P.C.

By: Kevin P. Mulry
Attorney for petitioner-appellee Grievance
Committee of the Eastern District of NY
400 RXR Plaza
Uniondale, New York 11556-3826
516.227.0620

_____
Frederick M. Oberlander
Pro se respondent-appellant
43 W 43rd St Ste 133
New York, Ny 10036-7424

**To the Honorable Clerical Staff:**

**Please confirm that this will suffice as an upload of stiupation to a deferred appendix. I ws told it woudl be but it was superseded by an order to file the appendix in September 2025 I belive .Its on Lerners docket not mine because it hit when I was waiting to have appeal reinstated. Otherwise I apolgoze I am doing my best but cannot keep going medically at this point but I will be done with everything and all uploaded by lunchtime today.**

**/s/ Frederick M. Oberlander**