To the Case Manager or Clerical Staff:

I am aware this is possibly starting to seem close to ridiculous, but it is not. As a matter of record known to the Committee, I have employed Prof. Margaret Tarkington as an expert, for myself and Lerner, in this matter since inception, close to a decade now. I had to confirm with her that the reductions and modifications to reduce the size by 10% were not an issue, and despite trying I had been unable to reach her for a week until 2:00AM last night because she took a last-minute trip to Greece, which has a 6-hour time difference and really lousy cell phones. Seriously, that's where I found her, retired for the night and not particularly interested in then reading a 60-page (all in) brief, as she had no trouble making known.

Once Mr. Lerner, who I'm sure is not in Greece, reads through to make sure he can if he wants cross-adopt, which he would do by motion, we're good to go. Ideally that will be done overnight.

I trust the Court respects my desire to keep it informed lest there be any doubt.

Thank you,

/s/ Frederick M. Oberlander