September 2, 2025

Connie:

I have six copies printed on blue cover/back cover and can drop them off but to save time please note that I advised Counsel for Appellee about a week or so ago that there were a few citation errors or fixes I would like to correct and so would seek to do so and also add an addendum. An addendum is not a merits anything it contains citations to authority or legislative or similar facts not in the record and not required to be and self-authenticating for the purpose of notice. Here, we're talking about a law review article and a Supreme Court cert petition available on Lexis anyway. It is entirely a courtesy to the Court and the Clerks doing review and bench memos and the like.

So I will shortly ask said Counsel if he will consent to a clerical/administrative motion to file purely corrected (typos and cites) brief and when I get his response will upload the T-1080 the corrected brief and errata included and the addendum. I can't speak for him but there is nothing new here the corrections are all to ECF stuff that will be replaced by deferred appendix references and to two Supreme Court cases I didn't think needed to be cited but might as well. And of these almost if not l literally all are in Lerner's brief anyway.

Accordingly if its alright Id just as soon wait for that so I give you two sets of printed briefs one as is one as corrected so you cannot have to wait for me anymore.

Ideally this should all happen before you open tomorrow if the box still oerates 24x7.

Thanks,

/s/ FMO