# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of April, two thousand twenty-six.

_____

In Re: Frederick Martin Oberlander.

-------------------------------------------------           **ORDER**

Grievance Committee of the Eastern District of     Docket No. 24-2974
New York,

        Petitioner - Appellee,

   v.

Frederick Martin Oberlander,

        Respondent - Appellant.

_____

Appellant moves for a 20-day extension of time, to April 20, 2026, to file his reply brief.

IT IS HEREBY ORDERED that the unopposed motion is GRANTED.


For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court